IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pearson, Tyrone

Printed: 9/9/08

Case Number: 05 B 20027
Judge: Hollis, Pamela S
Filed: 5/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: September 4, 2008
Confirmed: July 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 62,064.00 |  |
| Secured: |  | 26,563.16 |
| Unsecured: |  | 30,421.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 3,279.42 |
| Other Funds: |  | 0.00 |
| Totals: | 62,064.00 | 62,064.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | General Motors Acceptance Corp | Secured | 14,179.58 | 14,179.58 |
| 3. | American Airlines Emp Fed CU | Secured | 12,099.50 | 12,099.50 |
| 4. | Monterey Financial Services | Secured | 284.08 | 284.08 |
| 5. | General Motors Acceptance Corp | Unsecured | 2,187.96 | 2,647.26 |
| 6. | Educational Credit Management Corp | Unsecured | 14,062.85 | 17,015.20 |
| 7. | AAFES | Unsecured | 3,202.83 | 3,875.19 |
| 8. | Monterey Financial Services | Unsecured | 103.36 | 125.07 |
| 9. | Resurgent Capital Services | Unsecured | 1,282.28 | 1,551.46 |
| 10. | RoundUp Funding LLC | Unsecured | 921.34 | 1,114.74 |
| 11. | American Airlines Emp Fed CU | Unsecured | 508.87 | 615.72 |
| 12. | Resurgent Capital Services | Unsecured | 2,873.55 | 3,476.78 |
| 13. | American Airlines Credit Union | Unsecured |  | No Claim Filed |
| 14. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 15. | Goodyear Credit Card Plan | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Ocwen Federal Bank FSB | Unsecured |  | No Claim Filed |
| 18. | Home Depot | Unsecured |  | No Claim Filed |
| 19. | US Cellular | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 53,506.20 | $ 58,784.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 146.47 |
| 5.5% | 774.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pearson, Tyrone

Printed: 9/9/08

Case Number: 05 B 20027
Judge: Hollis, Pamela S
Filed: 5/18/05

|  |  |
|---|---|
| 5% | 258.59 |
| 4.8% | 496.50 |
| 5.4% | 930.55 |
| 6.5% | 672.82 |
|  | _____ |
|  | $ 3,279.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

